

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Michael D. Hynes
michael.hynes@dlapiper.com
T  212.335.4942
F  212.884.8642

August 8, 2017

**BY FAX**



DATE FILED: 8/8/17
DOC #:
ELECTRONICALLY FILED
DOCUMENT
USDC SDNY

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Lonza Sales AG v. Immunomedics, Inc.*, 1:17-cv-05384 (VM) (S.D.N.Y.)

Dear Judge Marrero:

We represent Defendant Immunomedics, Inc. in the referenced action.

We write to request an extension of time from August 11, 2017, to September 11, 2017, to file Defendant's answer, or to otherwise respond, to Plaintiff's Complaint. Plaintiff does not object to this request, and this is the first request for an extension.

Respectfully submitted,

*/s/ Michael D. Hynes*

Michael D. Hynes

cc:   Janeen Olsen Dougherty, Esq. (via electronic mail)



Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 9-11-17.

SO ORDERED.

8-8-17
DATE     VICTOR MARRERO, U.S.D.J.