IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LONZA SALES AG** <br><br> Plaintiff, <br><br> v. <br><br> **IMMUNOMEDICS, INC.** <br><br> Defendants. | Case No. 1:17-CV-5384 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Michael D. Hynes, a partner with the law firm DLA Piper LLP (US), who is admitted to practice in this Court, hereby appears as Counsel for Defendant Immunomedics, LLC and requests that all papers in the action be served upon the undersigned at the address stated below.

Dated: August 8, 2017

Respectfully submitted,

/s/ Michael D. Hynes
Michael D. Hynes
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone:  212.335.4942
Facsimile:  212.884.8642
michael.hynes@dlapiper.com
*Attorney for Defendant Immunomedics, Inc.*